**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____

MCGIP, LLC,

                                                CASE NO. 1:11-CV-02887

    Plaintiff,

                                                Judge: Hon. George W. Lindberg
v.                                           Magistrate: Hon. Sidney I. Schenkier

 DOES 1 – 14,

    Defendants.

_____

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, having completed the initial discovery process in this action, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants in this action. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully submitted,

MCGIP, LLC

**DATED:** September 26, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Tel: (305) 748-2102
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 26, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                                    /s/ John Steele
                                                                                 JOHN STEELE